No. 86–935. REGENTS OF THE UNIVERSITY OF CALIFORNIA *v.* PUBLIC EMPLOYMENT RELATIONS BOARD ET AL. Ct. App. Cal., 1st App. Dist. [Probable jurisdiction noted, 483 U. S. 1004.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 86–958. NORWEST BANK WORTHINGTON ET AL. *v.* AHLERS ET UX. C. A. 8th Cir. [Certiorari granted, 483 U. S. 1004.] Motion of respondents for leave to proceed further herein *in forma pauperis* granted. Motion of petitioners to dispense with printing the joint appendix granted. Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument denied.

No. 86–978. GARDEBRING, COMMISSIONER OF THE MINNESOTA DEPARTMENT OF HUMAN SERVICES *v.* JENKINS. C. A. 8th Cir. [Certiorari granted, 482 U. S. 926.] Motion of respondent for leave to proceed further herein *in forma pauperis* granted. Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 86–1172. GOODYEAR ATOMIC CORP. *v.* MILLER ET AL. Sup. Ct. Ohio. [Probable jurisdiction noted, 483 U. S. 1004.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 86–1387. MACKEY ET AL. *v.* LANIER COLLECTION AGENCY & SERVICE, INC. Sup. Ct. Ga. [Certiorari granted, 483 U. S. 1004.] Maureen E. Mahoney, Esq., of Washington, D. C., a member of the Bar of this Court, is invited to brief and argue this case as *amicus curiae* in support of the judgment below. Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 86–1431. LOEFFLER *v.* TISCH, POSTMASTER GENERAL OF THE UNITED STATES. C. A. 8th Cir. [Certiorari granted, 483 U. S. 1004.] Motion of petitioner to dispense with printing the joint appendix granted.

No. 86–1590. NOVINGER ET UX. *v.* KRAMER ET AL., 481 U. S. 1069. Motion of respondent Swartz for damages denied. Motion of respondents Kramer and Geffen for damages denied.